Aristocrat Plastic Surgery P.C. v Silva (2024 NY Slip Op 05398)

Aristocrat Plastic Surgery P.C. v Silva

2024 NY Slip Op 05398

Decided on October 31, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 31, 2024

Before: Manzanet-Daniels, J.P., Friedman, Gesmer, Shulman, Michael, JJ. 

Index No. 153200/21 Appeal No. 2942 Case No. 2023-05414 

[*1]Aristocrat Plastic Surgery P.C. Doing Business as Aristocrat Plastic Surgery & Medaesthetics, et al., Plaintiffs-Appellants,
v
Paige Silva, Defendant-Respondent.

Bronster LLP, New York (Don Abraham of counsel), for appellants.
Jones Law Firm, P.C., New York (T. Bryce Jones of counsel), for respondent.

Order, Supreme Court, New York County (Lynn R. Kotler, J.), entered October 4, 2023, which, to the extent appealed from, granted defendant's motion pursuant to Civil Rights Law § 70-a for an award of costs and attorneys' fees, unanimously affirmed, without costs.
Defendant was properly awarded costs and attorneys' fees pursuant to Civil Rights Law § 70-a based upon this Court's order in the prior appeal (see Aristocrat Plastic Surgery, P.C. v Silva, 206 AD3d 26, 27, 32 [1st Dept 2022]). Contrary to plaintiffs' contention, the motion court's dismissal of the action pursuant to CPLR 3211(a)(7) for failure to state a claim, from which plaintiffs did not appeal, established that plaintiffs commenced and continued this action without "a substantial basis in fact and law." Therefore, defendant was entitled to costs and attorneys' fees under the anti-SLAPP laws (Civil Rights Law § 70-a[1][a]; see Reeves v Associated Newspapers, Ltd., __AD3d__, 2024 NY Slip Op 04286 [1st Dept 2024]; 215 W. 85th St Owner LLC v Bailey, 217 AD3d 488, 488-489 [1st Dept 2023]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 31, 2024